UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: CILENTI & COOPER, PLLC.

MAIKEL T. SHONOUDA

                                      Plaintiff(s)

Index # 17 CV 6098 RWS

- against -

CHARLES J. NAFIE ARCHITECT DPC, ETANO

Purchased August 13, 2017

                                      Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 23, 2017 at 04:06 PM at

30 EAST 60TH STREET
SUITE 905
NEWYORK, NY10022

deponent served the within SUMMONS AND COMPLAINT PURSUANT TO FLSA AND NEW YORK LABOR LAW on CHARLES J. NAFIE ARCHITECT DPC therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to JAMES SAWYER personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT PURSUANT TO FLSA AND NEW YORK LABOR LAW as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | GRAY | 60 | 6' | 210 |

Sworn to me on: August 24, 2017

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**ANDRE MEISEL**
License #: 1372356
Invoice #: 678663

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045