# Wasch & Ritson LLC
*A Pennsylvania LLC*

Nancy L. Wasch, Esq.
Member of the PA Bar
nwasch@waschritson.com

Daniel C. Ritson, Esq.
Member of the NJ and NY Bars
dritson@waschritson.com

749 Spring Valley Road
Doylestown, PA 18901
(215) 340-1413

One Third Avenue, Ste 1126
Mineola, NY 11501
(973) 650-6245

November 3, 2017

**Via ECF**
Hon. Robert W. Sweet, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Maikel T. Shonouda v. Charles J. Nafie Architect DPC, et al.
       Case No.: 1:17-cv-6098-RWS

Dear Judge Sweet:

We just have been retained to represent Defendants Charles J. Nafie Architect DPC and Charles J. Nafie (together, "Defendants"). We write respectfully to request a further extension of time for Defendants to respond to the Complaint Pursuant to FLSA and New York Labor Law (the "Complaint") filed on behalf of Plaintiff Maikel T. Shonouda ("Plaintiff"), until December 8, 2017. We intend to use that period of time (just over thirty days, due to the undersigned being out of state from December 1 through December 5) to complete our investigation of the matter and, to the extent that may be possible, to pursue resolution. Plaintiff's counsel has graciously consented to this request.

Please note that, although this is the second request for an extension of time to respond to the Complaint, the prior request was made in good faith by Plaintiff's counsel at the request of Defendants, who at the time were unrepresented and attempting to engage counsel. We do not expect the requested further adjournment to delay resolution of this matter; to the contrary, as referenced above and with all parties now having representation, we intend expeditiously to explore the possibility of an amicable solution.

Your Honor's consideration is greatly appreciated.

                                                      Respectfully submitted,

                                                      DANIEL C. RITSON

cc:    Peter H. Cooper, Esq. (via ECF)