# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017
_____

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

November 28, 2017

**RESPONSE TO COUNSEL'S LETTER
APPLICATION TO BE RELIEVED
AS COUNSEL**

**BY ECF**

Honorable Robert W. Sweet
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    Maikel T. Shonouda v. Charles J. Nafie Architect, et. al.
              Case No.:  17 Civ. 6098 (RWS) (SN)

Dear Judge Sweet,

      We are counsel to the plaintiff Maikel T. Shonouda. We write in response to the letter application of defense counsel to be relieved. We do not oppose counsel's application and recommend that the court deem it a letter motion to be relieved without need for a formal motion. Indeed, the docket reflects that the defendant was served with the complaint in August and has repeatedly made (and broken) promises to respond to the complaint, delaying the prosecution of this action. *See, e.g.,* Docket 7 (our letter to the court requesting an extension of time for defendants to retain counsel). There is an initial pretrial conference scheduled for December 12th. We respectfully ask the court order defendants to show cause why a default judgment should not be entered against them if they do not respond to the complaint and appear at the scheduled conference, prepared to proceed in this matter. Like defense counsel, we are greatly frustrated by defendants' conduct in this matter.

      Thank you for your consideration of this matter.

                                  Respectfully submitted,

                                  Cilenti & Cooper, PLLC

                             /s/  *Peter H. Cooper*
              By:  _____
                               Peter H. Cooper

Hon. Robert W. Sweet
November 28, 2017
Page 2

cc: Charles J. Nafie (<u>Via E-mail:</u> <u>cnafie@cjnaarchitects.com</u> )
30 E. 60th Street
New York, New York 10022

Daniel Ritson, Esq. (Via ECF)