UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAIKEL T. SHONOUDA,<br><br>                         Plaintiff,<br><br>v.<br><br>CHARLES J. NAFIE ARCHITECT DPC, and<br>CHARLES J. NAFIE, individually,<br><br>                        Defendants. | CIVIL ACTION<br><br>No. 1:17-cv-6098-RWS |

NOTICE OF MOTION
TO BE RELIEVED AS COUNSEL

TO:    Peter H. Cooper, Esq.
         Cilenti & Cooper, PLLC
         708 Third Avenue – 6th Floor
         New York, New York 10017
         Attorney for Plaintiff

         Charles J. Nafie
         Charles J. Nafie Architect DPC
         30 E 60th St #905
         New York, New York 10022

**PLEASE TAKE NOTICE** that the undersigned attorneys hereby move pursuant to Local Civ. R. 1.4 to be relieved as counsel to Defendants Charles J. Nafie Architect DPC and Charles J. Nafie.

In support of this motion, the undersigned attorneys will rely on the supporting Certification of counsel, filed herewith solely by hard copy to the Court for *in camera* review per the Court's Order dated November 29, 2017 [DE 15]

                                          WASCH & RITSON LLC

By: _____
      Daniel C. Ritson, Esq. (DR7270)
      One Third Avenue, Suite 1126
      Mineola, NY 11501
      dritson@waschritson.com
      973.650.6245

Dated: November 30, 2017