# EXHIBIT "G"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAIKEL T. SHONOUDA,

                Plaintiff,

- against -

CHARLES J. NAFIE ARCHITECT DPC,
and CHARLES J. NAFIE, individually,

                Defendants.

Case No.: 17 cv 6098
(RWS)(SN)

DAMAGES ANALYSIS

---

Weeks during which work was performed (40 hours) and not paid:

Week ending November 27, 2015; December 4, 2015; December 25, 2015; January 1, 2016; January 8, 2016; January 15, 2016; March 18, 2016; March 25, 2016; June 10, 2016; June 17, 2016; June 24, 2016; July 1, 2016; July 8, 2016; July 15, 2016; July 22, 2016; July 29, 2016; August 5, 2016; August 12, 2016; August 19, 2016; August 26, 2016; October 28, 2016; November 4, 2016; November 11, 2016; December 2, 2016; December 9, 2016; December 16, 2016; December 23, 2016; December 30, 2016; January 6, 2017; January 13, 2017; January 20, 2017; January 27, 2017; February 3, 2017; March 3, 2017; March 10, 2017 (35 weeks).

    X 40 working hours per week

    X $25.00 (regular hourly rate of pay)

= $35,000

+ *Liquidated damages under FLSA or NY Labor Law (100%)*

= $70,000

+ *New York Labor Law statutory penalty for not providing wage notice ($5,000)*

= **total $75,000**