# EXHIBIT "H"

# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com
www.jcpclaw.com

## INVOICE FOR SERVICES

| Date & Attorney | Transaction | Hours | Hourly Rate | Amount Due |
|---|---|---|---|---|
| 8/4/17 PHC | Initial meeting with client | 2.0 | $400 | $800 |
| PHC | Research Ownership; Corporation | .8 | $400 | $320 |
| 8/7/17 PHC | Review and analyze client's claims | .5 | $400 | $200 |
| 8/12/17 PHC | Draft Complaint | 4.3 | $400 | $1,720 |
| 8/13/17 PHC | Draft/Revise and file Complaint | .5 | $400 | $200 |
| 9/6/17 PHC | Review affidavits of Service File Same | .3 | $400 | $120 |
| 9/14/17 PHC | tc with defendant re: claims; initial settlement position; review records, prepare and send damages calc. | .7 | $400 | $280 |
| PHC | Telephone conference with client re: Status | .3 | $400 | $120 |
| 10/20/17 PHC | Rev. judge's rules; confer with def. csl. re: extending time to respond | .3 | $400 | $120 |
| 11/29-30/17 PHC | Confer with dc re request to be relieved | .5 | $400 | $200 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/13/17 PHC | attend def. motion to be reliveed J. Sweet, SDNY | 2.5 | $400 | $1,000 |
| 1/10/18 PHC | meeting with clients re: status; | .5 | $400 | $200 |
| 12/15/18- 1/16/18 PHC | prepare for inquest; follow orders re: moving for default; obtain clerks cert. Prepare motion, supporting affidavits | 3.5 | $400 | $1,400 |

|  |  |  |
|---|---|---|
|  | Total Fees | $6,680.00 |
| Costs $400.00   Filing Fees $104.00   United Process Service Fees |  |  |
|  | Total Costs: | $504.00 |
| Total Fees and Costs: |  | $7,184.00 |

PLEASE REMIT PAYMENT TO:

**Cilenti & Cooper, PLLC**
708 THIRD AVENUE, 6TH FLOOR
NEW YORK, NEW YORK 10017

# 8387 - CILENTI & COOPER, PLLC.



Back to Client Services Home

## Charges for Plaintiff: MAIKEL T. SHONOUDA

This is a detailed list (and total) of all charges associated with the selected plaintiff. Please note that only charges after October 1997 are available on-line.

Where applicable, work ticket numbers are clickable links which will display a copy of the appropriate affidavit of service.

| Affidavit Description | Service | Charge |
|---|---|---|
| **Work Ticket #:** 678663<br>**Plaintiff:** MAIKEL T. SHONOUDA<br>**Defendant:** CHARLES J. NAFIE ARCHITECT DPC, ETANO<br>**Recipient:** CHARLES J. NAFIE ARCHITECT DPC<br>**Date of Service:** 8/23/17<br>**Type of Papers:** SUMMONS AND COMPLAINT PURSUANT TO FLSA AND NEW YORK LABOR LAW | Basic Service Charge | $51.00<br><br>$51.00 |
| **Work Ticket #:** 678663<br>**Plaintiff:** MAIKEL T. SHONOUDA<br>**Defendant:** CHARLES J. NAFIE ARCHITECT DPC, ETANO<br>**Recipient:** CHARLES J. NAFIE<br>**Date of Service:** 8/23/17<br>**Type of Papers:** SUMMONS AND COMPLAINT PURSUANT TO FLSA AND NEW YORK LABOR LAW | Basic Service Charge<br>Mailing Fees | $51.00<br>$2.00<br><br>$53.00 |

***Total: $104.00***

[Back to Client Services Home]   [Top]