UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAIKEL T. SHONOUDA,

     Plaintiff,

 - against -

CHARLES J. NAFIE ARCHITECT DPC,
and CHARLES J. NAFIE, individually,

     Defendants.

Case No.: 17-cv-6098
(RWS)(SN)

[PROPOSED]
DEFAULT JUDGMENT

---

  This action, having been commenced on August 13, 2017, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants Charles J. Nafie Architect DPC and Charles J. Nafie, individually, by serving the pleadings on defendant by personal delivery to a person of suitable age who identified herself as a co-worker, authorized to accept service; proof of service thereof was filed on September 6, 2017. Defendants retained counsel who appeared but did not answer;

  Thereafter, on or about December 13, 2017, an application by counsel for defendants to withdraw was granted and plaintiff has not thereafter retained counsel; and the time for doing so having expired, it is

  ORDERED, ADJUDGED AND DECREED: that plaintiff Maikel T. Shonouda has judgment against the defendants Charles J. Nafie Architect DPC and Charles J. Nafie, individually, doing business at 30 East 60th Street, New York, New York 10022, in the amount of $75,000; and Cilenti & Cooper, PLLC has judgment against defendants Charles J. Nafie Architect DPC and Charles J. Nafie, individually, doing business at 30 East 60th Street, New York, New York 10022, in the amount of $7,184, for attorneys' fees and costs.

Dated: New York, New York
   3-2-18

           _____, U.S.D.J
           This Document was Entered on the Docket

         on _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/18