# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

June 28, 2018

**BY ECF**  
Hon. Robert W. Sweet  
United States District Judge  
United States District Court  
500 Pearl Street, Room 1940  
New York, NY 10007

      Re:    *Shonouda. v. Charles J. Nafie Architect DPC, et al.; 17-cv-6098 (RWS); SDNY*

Your Honor:

      We represent Plaintiff in the above referenced matter. We write to respectfully request that the hearing on our motion scheduled for tomorrow, June 29, 2018, be adjourned for a period of thirty days.

      Counsel for Defendants recently contacted Plaintiff in an effort to resolve Plaintiff's discovery dispute and to negotiate a global resolution of Plaintiff's claims. The parties are currently involved in serious negotiations. As such, Plaintiff respectfully requests the conference tomorrow be adjourned for a period of thirty days.

      We thank the Court for its attention to this matter.

      Respectfully Submitted,

      /s/*Jesse Barton*  
      Jesse Barton, Esq.  
      Michael Faillace & Associates, P.C.